IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Norfolk Division

FILED
IN OPEN COURT

JUN -3 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:16cr22 |
| ) | |
| FRANK WAYNE GOOD, ) | |
| a/k/a "Tony" ) | |
| ) | |

## STATEMENT OF FACTS

This statement of facts is submitted in support of the guilty plea to Count One of the Indictment. Count One charges the defendant with conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine, commonly known as "ice," and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A). This statement of facts contains information necessary to support the guilty plea. It is not intended to include each and every fact in the case. If the matter had gone to trial, the United States would have proven Count One of the Indictment by proof beyond a reasonable doubt of the facts set forth below.

From in or about 2013 and continuing thereafter until on or about March 9, 2016, in the Eastern District of Virginia (EDVA) and elsewhere, the defendant, Frank Wayne GOOD, a/k/a "Tony," (GOOD), combined, conspired, confederated and agreed with other persons to distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance.

During the conspiracy, Russell Phillip Waggoner (Waggoner), a resident of the Phoenix, Arizona area, agreed to supply GOOD, a resident of Virginia Beach, Virginia, with methamphetamine for distribution through the U.S. Mail. On or about the following dates, Waggoner, in Arizona, mailed parcels containing methamphetamine, using the United States Postal

Service (U.S.P.S.) Priority Mail Express (overnight) service, to GOOD at GOOD's residence on Chimo Court in Virginia Beach in the Eastern District of Virginia: August 21, 2014 (two parcels); September 8, 2014; September 19, 2014 (two parcels). These parcels were ultimately received by GOOD who distributed the methamphetamine contained therein in the Eastern District of Virginia.

At GOOD's direction, Waggoner mailed parcels containing methamphetamine to codefendant David Robert Wall, a/k/a "Rob," (Wall), at Wall's residence on Stratford Chase in Virginia Beach. On or about the following dates, Waggoner, in Arizona, mailed parcels containing methamphetamine, using the U.S.P.S. Priority Mail Express (overnight) service, to Wall at Wall's residence on Stratford Chase in Virginia Beach in the Eastern District of Virginia: October 17, 2014; February 17, 2015; March 5, 2015; March 16, 2015; and April 3, 2015. These parcels were ultimately received by GOOD who distributed the methamphetamine contained therein in the Eastern District of Virginia.

On April 17, 2015, Waggoner, in Arizona, placed a parcel containing methamphetamine in the U.S. Mail for delivery to Wall on Stratford Chase in Virginia Beach. United States Postal Inspectors in Phoenix, Arizona intercepted the parcel and obtained a federal search warrant. The Postal Inspectors searched the parcel and found approximately 446.2 grams of d-methamphetamine hydrochloride of 98 percent or greater purity inside.

At GOOD's direction, Waggoner mailed parcels containing methamphetamine to codefendant Dawn Michelle Tharrington, a/k/a "Princess," (Tharrington), at Tharrington's residence on Michigan Avenue in Virginia Beach. On or about the following dates, Waggoner, in Arizona, mailed parcels containing methamphetamine, using the U.S.P.S. Priority Mail Express (overnight) service, to Tharrington at Tharrington's residence on Michigan Avenue in Virginia Beach in the Eastern District of Virginia: April 24, 2015; May 15, 2015; May 29, 2015; June 12, 2015; June 29, 2015; July 21, 2015; and August 13, 2015. These parcels were ultimately received by GOOD who distributed the methamphetamine contained therein in the Eastern District of Virginia.

On one occasion in April or May of 2015, Wall, GOOD, Tharrington and F.H. were all present in the carport area at Tharrington's residence when the mailman delivered a methamphetamine parcel. Tharrington met the mailman and accepted delivery of the parcel. Tharrington returned to the carport and presented the parcel to GOOD. GOOD immediately opened the parcel which contained at least one pound of methamphetamine. GOOD paid Tharrington $500 in cash for receiving the parcel on this occasion.

At GOOD's direction, Waggoner mailed parcels containing methamphetamine to codefendant Dominic Scott King at King's mail box at a private mail box operator (a "mail drop") on Virginia Beach Boulevard in Virginia Beach. On or about the following dates, Waggoner, in Arizona, mailed parcels containing methamphetamine, using the U.S.P.S. Priority Mail Express (overnight) service, to King at King's mail box in Virginia Beach in the Eastern District of Virginia: September 29, 2015; October 20, 2015; November 17, 2015; December 10, 2015; January 13, 2016; and February 9, 2016. On November 5, 2015, S.C., an unindicted coconspirator in Arizona, mailed a parcel containing methamphetamine to King at King's mail box in Virginia Beach in the Eastern District of Virginia. These parcels were ultimately received by GOOD who distributed the methamphetamine contained therein in the Eastern District of Virginia.

During the conspiracy, Frank Wayne GOOD, Dominic Scott King and others transferred payments for methamphetamine from the Eastern District of Virginia to Waggoner, in Arizona, through Western Union, MoneyGram and Green Dot. GOOD and others sent numerous parcels containing cash in payment for methamphetamine from the Eastern District of Virginia to Waggoner, in Arizona, using the U.S.P.S. Priority Mail Express (overnight) service. On October 6, 2014, GOOD mailed a parcel containing cash in payment for methamphetamine to Waggoner which was intercepted by Postal Inspectors. The Postal Inspectors obtained a federal search warrant, opened the parcel and discovered approximately $11,950 in cash. On March 9, 2016, GOOD, from Virginia Beach, sent a parcel containing cash for methamphetamine to Waggoner, in

3

Arizona, using the U.S.P.S. Priority Mail Express (overnight) service.

During the conspiracy, GOOD leased commercial properties on Hayward Avenue in Chesapeake, Virginia; Virginia Beach Boulevard in Virginia Beach; and East 11th Street in Norfolk, Virginia. GOOD used these locations, as well as his residences on Chimo Court and Everest Circle in Virginia Beach, to receive methamphetamine parcels, to buy and sell methamphetamine, to repackage methamphetamine for distribution and to store and use methamphetamine. GOOD also stored cash and firearms at these locations.

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Darryl J. Mitchell
Assistant United States Attorney
Virginia Bar No. 37411
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address - darryl.mitchell@usdoj.gov

Defendant's Signature: After consulting with my attorney and pursuant to the plea agreement entered into this day between myself, the United States and my attorney, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Defendant

Defense Counsel's Signature: I am Frank Wayne Good's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Counsel for the Defendant

5